## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**FRELANDRA WOMACK**                                                                 **PLAINTIFF**

v.                                    **Case No. 4:15-cv-00520-KGB**

**RODNEY WRIGHT,** *et al.*                                                          **DEFENDANTS**

## ORDER

Before the Court is a notice of settlement filed by defendants Rodney Wright, Tonya Parker, Crystal McKinney, and Melissa Furr (Dkt. No. 6). The motion represents to the Court that this matter has been resolved through mutual settlement; the above-referenced defendants request that the Court hereby dismiss plaintiff Frelandra Womack's claims as to each of them, with each party to bear his/her own costs.

The Court notes that there is one remaining defendant, Mike Richards, who has not been served in this matter, is not represented by an attorney, and did not take part in settlement negotiations. Counsel for the above-referenced defendants has represented to the Court through informal communication that Mr. Richards is part of the settlement release agreed upon by the parties. Therefore, the Court dismisses this action as to all defendants and directs that each party bear his or her own costs. It is removed from the trial calendar for the week of November 28, 2016.

So ordered this 15th day of March, 2016.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge